# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
)
   v. ) 2:12-CR-188-LDG-(GWF)
)
VICTOR ROBLEDO, )
)
           Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 11, 2012, defendant VICTOR ROBLEDO pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1), and in Count Two with Possession of a Firearm With an Obliterated Serial Number, in violation of Title 26, United States Code, Sections 5842 and 5861(h). Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 25.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Criminal Indictment and the offenses to which defendant VICTOR ROBLEDO pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 25.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872.

. . .

|   |   |   |   |
|---|---|---|---|
| 1 | | (a) | A 9mm Ruger, Model P89 handgun with an obliterated serial number; and |
| 2 | | (b) | and all ammunition. |

3   This Court finds the United States of America is now entitled to, and should, reduce the
4 aforementioned property to the possession of the United States of America.

5   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
6 United States of America should seize the aforementioned property.

7   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
8 VICTOR ROBLEDO in the aforementioned property is forfeited and is vested in the United States
9 of America and shall be safely held by the United States of America until further order of the Court.

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
11 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
12 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
13 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
14 the name and contact information for the government attorney to be served with the petition,
15 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
17 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

18   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
19 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
20 following address at the time of filing:

21   Michael A. Humphreys
     Assistant United States Attorney
22   Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
23   Las Vegas, Nevada 89101

24 . . .

25 . . .

26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 18 day of Dec, 2012.

_____
UNITED STATES DISTRICT JUDGE